PROB 12A
(REVISED 5/2011)

# United States District Court
для
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Chester Larry Ewing</u>    Case Number: <u>3:02-00174-02</u>

Name of Sentencing Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>November 27, 2006</u>

Original Offense: <u>18 U.S.C. § 1951, Hobbs Act Robbery and 18 U.S.C. § 2, Aiding and Abetting</u>

Original Sentence: <u>120 months' custody and 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>    Date Supervision Commenced: <u>July 2, 2014</u>

Assistant U.S. Attorney: <u>Hal McDonough</u>    Defense Attorney: <u>Unassigned</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 14th day of April, 2015, and made a part of the records in the above case.

Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Joshua Smith
U.S. Probation Officer

Place    Nashville, Tennessee

Date    April 10, 2015

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall refrain from any unlawful use of a controlled substance.**

   On March 17, 2015, Mr. Ewing tested positive for marijuana.

### Compliance with Supervision Conditions and Prior Interventions:

Mr. Ewing began supervised release on July 2, 2014. Mr. Ewing is scheduled to terminate supervised release on July 1, 2017.

Following the confirmation of the positive drug test, Mr. Ewing met with the probation officer on March 27, 2015. He denied recent use of marijuana but reported that he had recently purchased tires and believed that individuals in the tire shop had been using marijuana.

As a result of the positive drug test, Mr. Ewing has been referred for a substance abuse assessment and his drug testing has been increased.

Mr. Ewing is currently employed with Shining Star Commercial Cleaning. He lives in Madison, Tennessee.

### U.S. Probation Officer Recommendation:

It is recommended that Mr. Ewing be continued on supervised release with no further action at this time. The U.S. Attorney's Office has been notified and concurs with the recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer

Offender's Address:

601 North Dupont Avenue, Apt. A-11
Madison, TN 37115